IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

       Petitioner,                   No. CIV S-07-1170 LEW JFM P

   vs.

MATHEW C. KRAMER, Warden,

       Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        On July 26, 2007, petitioner filed a motion for leave to file an amended petition. Petitioner seeks leave to amend his petition to add claims currently pending before the Solano County Superior Court in a writ of habeas corpus. Good cause appearing, petitioner's motion

1

will be denied without prejudice to its renewal, as appropriate, following exhaustion of state court remedies with respect to the claims currently pending in the state courts.  Any renewed motion to amend must be accompanied by a proposed amended petition that includes all of the claims petitioner seeks to raise in this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Respondent is directed to file an answer within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

4. Petitioner's July 26, 2007 motion for leave to file an amended petition is denied without prejudice; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 17, 2008.

UNITED STATES MAGISTRATE JUDGE

bake1170.100