IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

    Petitioner,                      No. CIV S-07-1170 LEW JFM P

    vs.

MATHEW C. KRAMER, Warden,

    Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 15, 2008, petitioner filed a motion for appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.  Accordingly, petitioner's motion for appointment of counsel will be denied.

        On February 20, 2008, respondent filed an application for an extension of time to file and serve an answer pursuant to the court's order of January 18, 2008.  Good cause appearing, respondent's application for extension of time will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

1

1. Petitioner's February 15, 2008 motion for appointment of counsel is denied;

2. Respondent's February 20, 2008 application for an extension of time is granted;

3. Respondent shall file an answer to the petition for writ of habeas corpus on or before April 16, 2008; and

4. Petitioner's traverse shall be filed and served not later than thirty days after respondent's answer is filed.

DATED:  March 6, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
bake1170.111

2