IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

      Petitioner,               No. CIV S-07-1170 LEW JFM P

  vs.

MATHEW C. KRAMER, Warden,

      Respondent.            <u>ORDER</u>

_____/

      Respondent has filed his second request for an extension of time to file and serve an answer pursuant to the court's order of March 7, 2008.  Good cause appearing, the request will be granted.

      IT IS HEREBY ORDERED that:

      1. Respondent's April 2, 2008 motion for an extension of time is granted;

      2. Respondent shall file and serve an answer to the petition for writ of habeas corpus on or before May 16, 2008.  This deadline will not be extended; and

      3. Petitioner's traverse shall be filed and served not later than thirty days after respondent's answer is filed.

DATED: April 8, 2008.

UNITED STATES MAGISTRATE JUDGE

12/mp
bake1170.111sec