IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

      Petitioner,                    No. CIV S-07-1170 JAM JFM P

      vs.

MATHEW C. KRAMER, Warden,

      Respondent.                 <u>ORDER</u>

         Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's April 9, 2008 order, respondent's answer to the petition was due on May 16, 2008. The April 9, 2008 order further provided that the deadline for filing an answer would not be extended. Respondent did not file an answer until June 13, 2008. On June 3, 2008, petitioner filed a motion for default judgment due to respondent's failure to timely file an answer. Default judgment is not an available remedy in habeas corpus proceedings and for that reason, petitioner's motion will be denied. Respondent is cautioned that failure to comply with this court's orders may result in the imposition of sanctions.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Petitioner's June 3, 2008 motion for default judgment is denied;

2. Respondent's June 13, 2008 answer shall be filed and considered in this action; and

3. Petitioner is granted thirty days from the date of this order to file and serve a traverse.

DATED: June 13, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
bake1170.o