IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

      Petitioner,                        No. 2:07-cv-1170 JAM JFM (PC)

      vs.

MATHEW C. KRAMER, Warden,

      Respondent.                     ORDER

      Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

      In addition, petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of June 16, 2008.[1]

---

[1] On July 7, 2008, petitioner filed a document styled "Objections to Respondents [sic] Late Answer. . ." Therein, petitioner objects to respondent's June 13, 2008 answer being deemed timely filed. Petitioner contends he did not receive an order from the court granting a request for extension of time allegedly filed by respondent on May 1, 2008, or an order resolving petitioner's motion for default judgment, filed June 3, 2008. There is no record of a request for extension of time filed by respondent on or about May 1, 2008. A copy of this court's June 16, 2008 order denying petitioner's

1

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner's July 7, 2008 motion for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

      2. Petitioner's July 7, 2008 request for an extension of time is granted;

      3. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse;

      4. The Clerk of the Court is directed to send petitioner a copy of this court's June 16, 2008 order; and

      4. Petitioner's July 7, 2008 objections are overruled.

DATED: July 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
bake1170.110+111

---

motion for default judgment was served on petitioner at his address of record. Good cause appearing, the Clerk of the Court will be directed to send petitioner a copy of the court's June 16, 2008 order. Petitioner's July 7, 2008 objections will be overruled.