1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT GUY BAKER,

11              Petitioner,                   No. CIV 2:07-cv-1170 JAM JFM (HC)

12        vs.

13   MATHEW C. KRAMER, Warden,

14              Respondent.                   ORDER

15   _____/

16              Petitioner is a state prisoner proceeding pro se with an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On July 18, 2008, petitioner filed an application for

18   leave to file a memorandum of points and authorities in support of his traverse that exceeds

19   twenty-five pages.  Petitioner submitted the proposed memorandum of points and authorities on

20   the same day.  Good cause appearing, petitioner's application will be granted.  Petitioner is

21   informed that page twenty-four is missing from the memorandum of points and authorities in

22   support of his traverse.  Petitioner will be granted twenty days from the date of this order to file a

23   complete memorandum of points and authorities in support of his traverse.

24              In accordance with the above, IT IS HEREBY ORDERED that:

25              1.  Petitioner's July 18, 2008 application for leave to file an oversize brief is

26   granted; and

                                    1

1       2.  Petitioner is granted twenty days from the date of this order to file a complete

2  memorandum of points and authorities in support of his traverse that includes page 24.

3  DATED: July 29, 2008.

4

5                           UNITED STATES MAGISTRATE JUDGE

6

7  12
  bake1170.o2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2