1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ROBERT GUY BAKER,

11              Petitioner,              No. 2:07-cv-1170 JAM JFM (HC)

12         vs.

13    MATTHEW C. KRAMER, Warden,

14              Respondent.              <u>ORDER</u>

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17    this court's September 24, 2010 denial of his application for a writ of habeas corpus together

18    with a motion for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Fed. R. App.

19    P. 22(b).

20              A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21    applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22    § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

23    satisfy the required showing or must state the reasons why such a certificate should not issue.

24    Fed. R. App. P. 22(b).

25    /////

26    /////

1

For the reasons set forth in the magistrate judge's August 3, 2010 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's October 22, 2010 motion for a certificate of appealability is denied; and

2.  The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

DATED: 12/30/2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE